[No. 17013-2-II.   Division Two.   October 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAINE
L. ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-04651-4, Terry D. Sebring, J., entered
March 30, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and
Fleisher, J.


[No. 17322-1-II.   Division Two.   October 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
MEYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 316693010, Waldo F. Stone, J., entered July
26, 1993. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Bridgewater and Wiggins, JJ.


[No. 17359-0-II.   Division Two.   October 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL
BARASA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 93-8-00355-8, Roger A. Bennett, J., entered
June 18, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and
Fleisher, J.


[No. 17377-8-II.   Division Two.   October 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
LEROY BUCKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-04178-4, Waldo F. Stone, J., entered July
28, 1993. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Houghton, A.C.J., and Wiggins,
J.